IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Carlos D

Printed: 11/20/07

Case Number: 07 B 13107
Judge: Squires, John H

Filed: 7/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                  | Receipts | Disbursements |
|------------------|---------:|--------------:|
|                  |     0.00 |               |
| Secured:         |          |          0.00 |
| Unsecured:       |          |          0.00 |
| Priority:        |          |          0.00 |
| Administrative:  |          |          0.00 |
| Trustee Fee:     |          |          0.00 |
| Other Funds:     |          |          0.00 |
| Totals:          |     0.00 |          0.00 |

## DISBURSEMENT DETAIL

|     | Creditor Name              | Type      | Repayment | Paid to Date    |
|-----|----------------------------|-----------|----------:|-----------------|
| 1.  | Chase Home Finance         | Secured   |      0.00 |           0.00  |
| 2.  | Fifth Third Bank           | Secured   |      0.00 |           0.00  |
| 3.  | Capital One                | Unsecured |    562.46 |           0.00  |
| 4.  | Capital One                | Unsecured |  2,640.12 |           0.00  |
| 5.  | Resurgent Capital Services | Unsecured |  2,625.31 |           0.00  |
| 6.  | Resurgent Capital Services | Unsecured |  3,194.74 |           0.00  |
| 7.  | Cda/Pontiac                | Unsecured |           | No Claim Filed  |
| 8.  | Cda/Pontiac                | Unsecured |           | No Claim Filed  |
| 9.  | Chase                      | Unsecured |           | No Claim Filed  |
| 10. | Citi Cards                 | Unsecured |           | No Claim Filed  |
| 11. | Hsbc Nv                    | Unsecured |           | No Claim Filed  |
| 12. | Hsbc Nv                    | Unsecured |           | No Claim Filed  |
| 13. | KCA Financial Services     | Unsecured |           | No Claim Filed  |
| 14. | Harris Trust & Savings Bank| Unsecured |           | No Claim Filed  |
|     |                            |           | $ 9,022.63| $ 0.00          |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------:|
|          |     $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Carlos D

Printed: 11/20/07

Case Number: 07 B 13107
Judge: Squires, John H
Filed: 7/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_